PETER NISSON, ESQ.                SBN#62276
Law Offices of Nisson and Nisson
100 North Brand Blvd. Suite 14
Glendale, CA 91203

Tel. No. (888)999-4313
Fax No. (888)999-5764
Attorney for Plaintiffs

Appearing in California

DUPLICATE
ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
JUN 19 2012
3:37
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

EMERITA ROSS; DIVINA ARAGON;
ANITA CALALANG AND KENNETH
CALALANG ;REYNALDO BRAVO AND
SHARON BRAVO; ARNOL CARREON;
SUNG CHANG ;DEDICACION AGANON;
BERNADETTE ALABANZA SY ;
RENATO ALEJO AND TERESITA
ALEJO ; ISIDRO ALVAREZ AND
VICTORINA ALVAREZ ; CASSANDRA
ANDRES ;NOVELITA ANG ;MARLENE
BALA ;PAGASA BALGOS ;
JOYCE BAYANGOS ;LORENA BELLO
AND JOSEPH WILMAR BELLO ;MARIO
CONTRERAS ;ALICIA CORNEJO ;
GABRIELA DIAZ ;IRENE FLORES
;RICARDO FORTEZA ;VIOLETA
FRANCISCO ;MARIA GAMEZ ;
ENRICO GARCIA ;VILMA GARCIA ;
NICOLAS GARCIA; MARIA J. GARCIA
AND REYNOLD C GARCIA ;GRACIELA
GLASER ;MANUEL HERNANDEZ
;MARTIN HERNANDEZ AND PAULA
SIERRA ;MONICA HIRAHARA; FRED
IMHOF AND LORI IMHOF ;ENRIQUE
IZQUIERDO; JUAN CORTEZ;
ESTHER JAMILA ;KI JANG ;MODESTO
JAOJOCO ;ELVIA SUSANA JAUREGUI
;DIANA JONES ;RUTH KANO ;

Case No.: CV12-4830-ODW(Ex)

**FIRST AMENDED COMPLAINT FOR:**
  1. **Conversion**
  2. **Conspiracy to Commit Conversion**
  3. **Intentional Misrepresentation**
  4. **Fraudulent Concealment**
  5. **Promissory Estoppel**
  6. **Negligent Misrepresentation**
  7. **Breach of the Covenant of Good Faith and Fair Dealing**
  8. **Unjust Enrichment**
**And Demand For Jury Trial**

[Summary of pleading] - 1

ELLIE LAM ;OK IM LEE AND GOUN )
MAN LEE ;HEUNG YOUNG LEE ; )
JAMES LIMA  ;MIGUEL LINA ; )
JOSE WILFREDO LOPEZ ;ANGELO )
LUNA AND MERCY LUNA ;LIZ )
MAGBUAL ;MARIA LOURDES )
MAGLUPAY ;GRACE MAGNAYE AND )
RODRIGO MAGNAYE EDGARDO )
MARQUEZ ;VIOLETA MARTINEZ AND )
RONELO MARTINEZ ;ROSELIE )
MURNANE ;SIMADRI NAIDU AND )
ASHIKA NAIDU ;VICENTE NAVA AND )
CELIA NAVA ;ARAM NERSESIAN )
;HENRICO NIVERA AND JUDITH )
NIVERA ;JESUS OROZCO ;VIRGINIA )
PANTALEON AND RODEL )
PANTALEON ;MIRIAM PEREZ ; )
MICHAEL PERRY AND SUNG LEE ; )
ANDY PHAYAKAPONG ;YVETTE )
PINSON ;IRENE PINZON ;JOSE )
VICTORIO QUIATCHON AND )
TERESITA QUIATCHON ;JOSE )
RAMIREZ AND JOAN RAMIREZ )
;MILAGROS REOTUTAR ;LUIS RIVAS ; )
ROLANDO RIVERA ;ARNOLD SALIVIO )
AND CECILIA SALIVIO ;BLADIMIR )
SALMERON AND ELIZABETH )
SALMERON ;GLORIA SANDOVAL AND )
RANDOLFO SANDOVAL ; )
EMETERIO SANTIAGO AND FRANCIS )
SANTIAGO ;ELISA SANTIAGO ; )
MADRELYN SANTOS AND WILFREDO )
V. SANTOS; ANNABENA SANTOS ; )
STELLA MARIE SASING ;KUM SOO )
SEOL AND MYO SEOL SANG WOO )
SEOL ;DANIEL SUTTON AND JULIETA )
V SUTTON ;JACK KHAI TRAN ; )
STEPHANIE TAGUDAR ;ARNEL )
TUPLANO AND RECHELL TUPLANO ; )
WILHELMINA TAGUINOD AND )
JOHNNY TAGUINOD ;HYUN JONG )
YOO ;SUZANNE YIM AND MICHAEL )
YIM ;JOAN YOGYOG ;MARIA )
CORTEZ; JOHNNY ABONALES )
;MARTIN ABOY AND PATROCINA )
ABOY ;PILARITA AQUINO; JOSE )

[Summary of pleading] - 2

BALLESTEROS AND LINDA BALLESTEROS ;GABRIEL DELVECCHIO ;CHAD DIZON ; MARIVIC DUENAS ;TOMMY ENCINAS FILIPINA ESCOBAR AND EDUARDO ESCOBAR ;MATHILDA FISHER ; CYNTHIA GALVEZ AND ROBERTO GALVEZ ;GUADALUPE GALVEZ ; CLARA GUERRERO ;EVELYN KUBOTA AND SCOTT KUBOTA EDITHA PALAGANAS; FLORINDA POLENDEY ; BRENDA REES ;PETER REVILLA ; ROLANDO RIVERA ;VICTORIA RONQUILLO ;SAMUEL SANCHEZ ; RITA SARIO ;JEFFREY SISON AND SILVIA SISON ;ROY SMITH AND ERNIDA SMITH ;BOBBY SORIANO AND MIRIAM SORIANO ;BYRON SY; WILLIAM THOMAS ;CLAIRE LIA OAKES TOLENTINO AND CHARLES SALAZAR ;ANSLEY H. TRUITT AND MARY L. TRUITT ;EVANGELINE URIARTE ;ERNESTO VELASQUEZ AND EVANGELINE VELASQUEZ ;ERNESTO VINZON ; KATHLEEN WOODCOCK ; ANA ZAVALA ;JORGE ORTIZ ; IRIS AQUINO ;MARIA RAMIREZ ; ARACELI ABELEDA ;SEVERIANO PUENTE ;MARGARITO GONZALEZ ARNOLD TUPAZ AND MARIA TUPAZ ; ALFONSO PACHECO and LASHONDA PACHECO ;TIMOTHY GO ;AMIR NASSERI; ANGELITA ASUNCION SORIA and SANTIAGO VILLRIA SORIA JR. ;RITA TISADO ;PEPITO MILAN ;KAREN STUART ; ERBEN DETABLAN ;ANACLETO AQUINO ;TERESITA BALUGAY ;FLORDELIZA CANLAS ;CARMELITA CAPISTRANO,MARIA LOURDES CEBREROS ;NATIVIDAD CERVANTES ;CHIEU NGUYEN ;JENNIE DO ;EDITH FLORES ; DELAMOR FELIPE ;ALFONSO ANGEL and ROSITA DIZON ANGEL;THUY TRAN;AKOSITA VAVE ;EVELYN TINOCO and ELISA CHAVEZ;;VIVIAN TRAN;

[Summary of pleading] – 3

LEE CARDENAS ;STEVEN GONZALES
AND TRACY ;TAMIE HUYNH AND
QUANG VAN ;TRUNG HUYNH
;EVERYN JALDON;
JOSE MOLANO ;CHI NAM NGUYEN ;
NINA NGUYEN THUY THANH NGUYEN
;TONY NGUYEN ;JUAN ROBLES AND
ELVIA ROBLES ;JOSE CRUZ AND
ROSA CRUZ ;EDUARDO SOLANA AND
ANGELA ELORZA ;CHRISTINE TRAN;
;DEAN BARTOLOME  ;ERIBERTO
BRUCE AND MELECIA SANCHEZ
;MYRNA BURCE AND RACHELLE
BURCE ;JEFFREY HAN ;ROXANNA
ALVARENGA;ISAIAS CHAVEZ;
VIRGINIA PEREZ ;
EMMANUEL DAVID ;RODNEY
FENIQUITO and EDITHA FENEQUITO;
;FRANK DINH  JOSEPH DURIAS ;
ROBERTO FLORES ;
PLINY FONDEVILLA ;GUY
QUINTEROS ;ERNESTO GO ;JAIME
GUINTO ;MARIA TERESITA ZIPAGAN
;SUSAN HARRISON ;ZENY MAE
HARRINGTON ;JERRY PINEDA
ANDMARIBEL PINEDA ;PAMELA
PALOMINO ;CICERO H. VILLACORTA
; RONA JULIANO;NORMALINDA
GANAY ;VAL LAZARTE ;JUAN
BALTAZAR ;LYDIA BALLESTEROS
AND  FRANK BALLESTEROS ;HOA LY
AND PHUNG LUU ;PRECIOSA MANEZ ;
BARBARA MEEKINS ;CHRISTOPHER
MORRIS AND JENNIFER MORRIS ;
ROSARIO MAGTOTO; XIMENA
MORALES ;KHOA NGUYEN ;
CHELSEA TAE-RYOUNG PARK ;
JIM NGUYENAND VAN K. HONG
;AUGUSTO PAGTAKHAN ; EMYROSE
LACUESTA;;NAOMI
TROWER;CARLOS BUSTOS ;
NATIVIDAD PESIGAN AND
LUZVIMINDA PESIGAN;ERNESTO DE
GUZMAN ;MARIA RIVERA;AYRENE
VILLARAZA AND ANTONIO
VILLARAZA ;PETRONA ARANA AND

VILMA MORALES ;DANIEL MUNOZ AND OLIVIA MUNOZ ;ISMAEL CONTRERAS ;MELROSE RAMOS ;VALARIE SALAZAR ;LEILANI SOTIANGCO ;OFELINA HERNANDEZ ; RUEL VILLAREAL ;MARIA ADORACION PELAYO ;PASCUALA GARCIA ;YADIRA RODRIQUEZ ;CARLEEN TEMPLE ;SHELLAH TIMTIMAN AND RICKERSON TIMTIMAN ;KEM KOVACH SMOTHERS ;MILA ESTRADA AND DAVID ESTRADA; FRANCISCO IGNACIO ;JOSEFINA CASTANEDA ;CIPRIANO PULIDO AND ANA MAY PULIDO ;ANNABELLE APEGO ;ADALBERT ZAMORA AND PAMELA ZAMORA;RAQUEL GUTIERREZ AND GUILLERMO GUTIERREZ; MIN WOONG RIM AND KYUNG JA RIM; IRENEO DEYPALAN;JULIO HERNANDEZ AND NICOLLE HERNANDEZ ;GAYNETTA WILLIAMS AND TORREY WILLIAMS ;NOVELLA FIELDS LAMPKINS ;ALAN ANTONINO AND LUDY ANTONINO ;MARIA MORA ;JOSEPH OCTAVIANO;JOSE RAMOS AND DELCY RAMOS ;JANETTE ROSEN ;ALLAN SEBRIO AND CECILE SEBRIO ;ADELA NEPOMUCENO AND JOSEFERINO NEPOMUCENO ;HUSSAM BARD ;JOHN R KONCKI JR. AND JILL C. KONCKI ;LUZVIMINDA PESIGAN ;BYRON SY ;MILAGROS ENRIQUEZ ;AMELIA RANA AND JAMES RANA; FLORDELIZA HARRIS AND DAVID HARRIS ;VICTORIA H. VERCHES ;JEROME OCTAVIANO ;MANOLO GONZALEZ ;WILLIAM KAY AND MICHELLE WAIT ;MRYNA LORENZO AND FERNANDO F LORENZO;ROBERT BAMBUSCH AND SUSAN BAMBUSCH ;NELLY ELIAS ;ROCK QUERUBIN AND JEANENA QUERUBIN ;ANASTACIO PINZON AND DELINA PINZON ;RORY KAPLAN ;ALICE SHIOTSUGU ;JOHN

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

PETRIE ;ELIAS MAGANA ;JOSE LARA ;)
PEDRO PERALES ;ERNIE BUELNA       )
AND LISA BOCZKO ;TERESA DWYER ; )
RANDALL TEFFETELLER AND TRINA  )
TEFFETELLER ;KEITH CRAIG AND     )
SYLVIA CRAIG ;KEVIN RAY COLLINS )
;EVANGELINE ACEDILLO AND         )
RENATO ACEDILLO ;GLORIA ORTIZO )
RAUL MORAN ;ROD GALLENO ;        )
LUCILA GONZALEZ ;HENRY DE        )
VERA; MARIA GRAY; TANA           )
MCAFFERY AND MICHAEL             )
MCCONAGHY; ABDELLAH HACHIMI; )
AGUSTINA BAUTISTA; ALBERT         )
SANFORD AND ESTHER SANFORD;    )
ANDRES MATALON AND MARIA        )
ESTELLA MATALON; ANTONIO        )
OMEGA COBACHA; ANTONIO SALAS; )
ARDEN BRANDENBURG AND RENEE   )
BRANDENBURG; ARTHUR CRUZ AND  )
MELA CRUZ; ARTURO CAL BELENZO;)
BENJAMIN CAPA AND MARIA CAPA;  )
BOUA THAO; COLLANDER CRUZ;     )
DANIEL CHEN; DANIEL SIEU; DENNIS )
VERNON AND FELICISIMA S.        )
VERNON; DESI DAVIS; DIOSDADO    )
SADANGSAL AND YOLANDA           )
SADANGSAL; EDUARDO DEPERIO     )
AND PERLITA DEPERIO; EDUARDO    )
RODRIGUEZ AND NORA RODRIGUEZ; )
ESTER MALLARI AND ARTURO        )
MALLARI; FLOR DE LYS BARAWID;   )
FLOR DE LYS L. BARAWID AND JAIME)
M. BARAWID; GINA BELARDO;       )
GRACIANO PANGILINAN AND         )
GEORGIA PANGILINAN; HALENA DO; )
JEANETTE TRAN; JEREMY           )
MONAHAN;JERRY LLEVA AND        )
LLANILA LLEVA; JESUS SAN ROQUE; )
KHEO TRAN; LEONARDO CRUZ JR.;   )
LUCIA TUQUERO; MARIA STEELE;    )
MARK SMITH AND CINDY LOU        )
SMITH; MARTIN ABOY AND          )
PATROCINIA B. ABOY; MARY JEAN   )
PISCO AND DOMINGO JR. PISCO;    )
MELANIE ESPIRITU AND JESUS       )

[Summary of pleading] – 6

ESPIRITU; MYRNA GAMMAD; NANSHI IGNACIO; NICK BARIT;PEDRO BONGOLAN AND CATALINA BONGOLAN; RANDY NAKU; ROBERT AMOS; ROBERT RUBIO; RODOLFO ABITRIA AND VIRGINIA ABITRIA;ROSANNA GARCIA AND NOEL GARCIA; SHIRLEY BERNALDEZ; SUSAN BLEVINS ; VICENTE VENTINILLA VIRGILIO VILANO; WILFREDO E. SALARDA JR. AND MARY JEAN T. SALARDA; XIONGH THAO AND BOUA THAO; ZUHEY APARICIO; ROMMEL ANTONIO; SHALIMAR JANE REYES; TUAN NGUYEN; WALTER WILLIAMS; All Individuals, on behalf of themselves and others similarly situated, and ROES 351 through 5000, inclusive

        Plaintiff,

    vs.

MORTGAGE ELECTRONIC SYSTEMS, INC. aka MERS, INC.;  ACE MORTGAGE FUNDING LLC;AEGIS WHOLESALE CORPORATION;ALL HOME LENDING, INC.;AMERICAN BROKERS CONDUIT;AMERICAN HOME EQUITY CORPORATION;AMERICAN HOME MORTGAGE SERVICING, INC.;AMERICAN INVESTMENT ASSOCIATION, INC.;AMERICAN MORTGAGE NETWORK,INC.; AMERICA'S WHOLESALE LENDER;AMERIQUEST MORTGAGE COMPANY;AMPRO MORTGAGE; ARGENT MORTGAGE COMPANY, LLC;AMERICAN SERVICING CORPORATION;AURORA LOAN SERVICES LLC;AXIS MORTGAGE AND INVESTMENT, LLC;BANC OF AMERICA, NATIONAL ASSOCIATION;BANCO POPULAR, N.A.;BANK OF AMERICA, N.A.;BARCLAYS CAPITAL REAL ESTATE INC.;BARCLAYS CAPITAL REAL ESTATE

INC., DBA HOMEQ SERVICING;BAYROCK MORTGAGE CORPORATION;BAYVIEW LOAN SERVICING; BC BANCORP;BEAR STEARNS RESIDENTIAL MORTGAGE CORPORATION;BNC MORTGAGE INC.;BONDCORP REALTY SERVICES, INC.;BOTTOMLINE MORTGAGE, INC;CAPSTONE LENDING CORP.;CASA BLANCA MORTGAGE, INC.;CENTRAL MORTGAGE COMPANY; CHASE;CHRISTIANA BANK AND TRUST COMPANY;CITI MORTGAGE INC.; CITIBANK, NATIONAL ASSOCIATION;CITICORP TRUST BANK, FSB;COMMUNITY LENDING INCORPORATED;COUNTRYWIDE BANK, N.A.;COUNTRYWIDE HOME LOAN SERVICING LP. ECC CAPITAL CORPORATION;COUNTRYWIDE HOME LOANS SERVICING LP;COUNTRYWIDE KB HOME LOANS;CTX MORTGAGE COMPANY;DECISION ONE MORTGAGE COMPANY, LLC;DEL SUR CORP. DBA CAMINO REAL MORTGAGE BANKERS;DEUTSCHE BANK NATIONALTRUSTCOMPANY.;DEUTSCHE BANK TRUST COMPANY AMERICAS.;DHI MORTGAGE COMPANY;DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.;DYNAMIC MORTGAGE FINANCIAL CORPORATION;EMC MORTGAGE CORPORATION;ENCORE CREDIT CORP.;EQUIFIRST CORP.; EQUIFIRST CORPORATION;EVER BANK; EXECUTIVE FUNDING UT, INC.;EXECUTIVE FUNDING, INC.;EXPRESS CAPITAL LENDING;EZ FUNDING CORP;FDIC AS RECEIVERFOR WASHINGTON MUTUAL BANK;FIELDSTONE MORTGAGE COMPANY;FIRST FEDERAL BANK OF CALIFORNIA;FIRST FINANCIAL EQUITIES, INC;FIRST FRANKLIN;FIRST

FRANKLIN FINANCIAL CORP;FIRST GUARANTY FINANCIAL CORPORATION;FIRST HORIZON HOME LOANS;FIRST MAGNUS FINANCIAL CORPORATION;FIRST NATIONAL BANK OF ARIZONA;FIRST STREET FINANCIAL INC.;FLAGSTAR BANK, FSB;FREMONT INVESTMENT & LOAN;GMAC COMMERCIAL MORTGAGE CORPORATION;GMAC MORTGAGE, LLC;GOLDEN STATE T.D. INVESTMENTS, LLC;GREEN POINT MORTGAGE FUNDING, INC;HOME AMERICAN CREDIT, INC.;HOME FUNDS DIRECT;HOME LOAN FUNDING, INC.;HOME LOAN SPECIALISTS, INC.;HOME SAVINGS OF AMERICA;;HOMEAMERICAN MORTGAGE CORPORATION; HOMECOMINGS FINANCIAL, LLC;HOMEQ SERVICING;HOMEWIDE LENDING CORP.;HSBC;HSBC BANK USA, NATIONAL ASSOCIATION;HSBC MORTGAGE CORPORATION;IMB INDYMACBANK; IMPAC FUNDING CORPORATION; IMPAC FUNDING CORPORATION DBA IMPAC LENDING GROUP;INDYMAC BANK, F.S.B.; INTERBAY FUNDING, LLC;JP MORGAN CHASE BANK N.A. FKAWAMU;JPMORGAN CHASE BANK NA;JPMORGAN CHASE BANK, N.A.FKA EMC;K. HOVNANIAN AMERICAN MORTGAGE, LLC;KB HOME MORTGAGE COMPANY;  L A MANAGEMENT & SERVICES, INC. LASALLE BANK NATIONAL ASSOCIATION; LEHMAN BROTHERS BANK, F.S.B.; LENDING 1ST MORTGAGE, LLC;LIBERTY AMERICAN MORTGAGE CORP;LITTON LOAN SERVICING LP;LONG BEACH MORTGAGE COMPANY;M&T MORTGAGE CORPORATION; MCIG CAPITAL CORPORATION;MIT LENDING; MORTGAGEIT, INC.;MOUNTAIN WEST

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

FINANCIAL INC.;NATIONAL CITY MORTGAGE CO.;NATIONSTAR MORTGAGE LLC; NATIONWIDE DISCOUNT HOME LOANS; NBGI, INC.;NETWEST MORTGAGE SERVICE, INC.;NEW CENTURY MORTGAGE CORPORATION; NORTH AMERICAN MORTGAGE COMPANY;OCWEN LOAN SERVICING, LLC;ONEWEST BANK; OPTEUM FINANCIAL SERVICES, LLC; OPTION ONE MORTGAGE CORPORATION;PACIFIC MUTUAL FUNDING, INC;PEOPLE'S CHOICE HOME LOANS, INC;PFF BANK & TRUST; PHH MORTGAGE CORPORATION; PLATINUM CAPITAL GROUP; PLAZA HOME MORTGAGE, INC.; PMC BANCORP; PRICELINE MORTGAGE COMPANY, LLC;PRIMARY RESIDENTIAL MORTGAGE, INC.;PRIMUS LENDING CORP.; PROVIDENT FUNDING ASSOCIATES, LP; RECONTRUST COMPANY, N.A.; RESIDENTIAL CREDIT SOLUTIONS; RESIDENTIAL FUNDING COMPANY, LLC; RESIDENTIAL FUNDING CORPORATION; RESMAE MORTGAGE CORPORATION; REUNION MORTGAGE INC.; RFG BANKERS; ROUNDPOINT MORTGAGE SERVICING CORP.; SAXON MORTGAGE SERVICES, INC.; SBC BANK USA, NATIONAL ASSOCIATION. SBC BANK USA, NATIONAL ASSOCIATION. HSBC BANK USA, N.A; SCME MORTGAGE BANKERS, INC; SECURED FUNDING CORP.; SECURITY NATIONAL MORTGAGE COMPANY;SELECT PORTFOLIO SERVICING INC; SFF MORTGAGE, INC. DBA SECURITY FIRST FINANCIAL; SHASTA FINANCIAL SERVICES, INC.;SILVER STATE FINANCIAL SERVICES, INC;.SOUTH LAKE MORTGAGE CAPITAL; STEARN LENDING, INC.;STEWARD FINANCIAL, INC.;SUN WEST MORTGAGE COMPANY, INC; SUNTRUST MORTGAGE, INC;

[Summary of pleading] – 10

TERWIN ADVISORS, LLC DBA THE WINTER GROUP;THE BANK OF NEW YORK;THE BANK OF NEW YORK TRUST COMPANY, NA;THE CIT GROUP/ CONSUMER FINANCE, INC.;THE MORTGAGE STORE FINANCIAL , INC.;TRUST ONE MORTGAGE CORPORATION;U.S. BANK NATIONAL ASSOCIATION;UNIVERSAL AMERICAN COMPANY, LLC; VERICREST FINANCIAL, INC.;WACHOVIA; WACHOVIA MORTGAGE CORP.; WASHINGTON MUTUAL BANK, FA; WELLS FARGO; WELLS FARGO BANK, N.A; WELLS FARGO BANK, N.A., D/B/A AMERICA'S SERVICING COMPANY; WELLS FARGO BANK, N.A./GMAC MORTGAGE, LLC;WELLS FARGO HOME MORTGAGE;WELLS FARGO HOME MORTGAGE, INC;WESTLEND FINANCING, INC.;WILMINGTON FINANCE, INC.WILMINGTON TRUST COMPANY;WILSHIRE CREDIT CORPORATION;WINDSOR CAPITAL MORTGAGE CORP.;WINSTAR MORTGAGE PARTNERS, INC.;WMC MORTGAGE CORP.; WORLD SAVINGS BANK, F.S.B.; ACE SECURITIES CORP. HOME EQUITY LOA TRUST, SERIES 2007-HE3; ALTERNATIVE LOAN TRUST 2005-51; ALTERNATIVE LOAN TRUST 2005-J13; ALTERNATIVE LOAN TRUST 2006-OA2;ALTERNATIVE LOAN TRUST 2007-HY2;ALTERNATIVE LOAN TRUST 2007-HY4;ALTERNATIVE LOAN TRUST 2007-HY7C;BANC OF AMERICA ALTERNATIVE LOAN TRUST 2005-5; BANC OF AMERICA ALTERNATIVE LOAN TRUST 2005-8;BANC OF AMERICA ALTERNATIVE LOAN TRUST 2006-3; BANC OF AMERICA ALTERNATIVE LOAN TRUST 2006-9;BANC OF AMERICA FUNDING 2008-R3 TRUST; BANC OF AMERICA MORTGAGE 2007-3 TRUST; BANC OF AMERICA MORTGAGE 2007-4 TRUST;LEHMAN XS TRUST, SERIES

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

2007-15N;BANC OF AMERICA FUNDING) 2007-6 TRUST;RFMSI SERIES 2006-S12) TRUST;WASHINGTON MUTUAL) MORTGAGE PASS-THROUGH) CERTIFICATES WMALT SERIES 2006-) AR3;LEHMAN XS TRUST, SERIES 2006-) GP2;CITICORP MORTGAGE SECURITIES) TRUST, SERIES 2007-1;GREENPOINT) MORTGAGE FUNDING TRUST, SERIES) 2007-AR1;LEHMAN XS TRUST, SERIES) 2005-2;MORGAN STANLEY MORTGAGE) LOAN TRUST 2006-9AR; FIELDSTONE) MORTGAGE INVESTMENT TRUST,) SERIES 2005-3; RALI SERIES 2006-QO9) TRUST; STRUCTURED ADJUSTABLE) RATE MORTGAGE LOAN TRUST) MORTGAGE PASS-THROUGH) CERTIFICATES, SERIES 2005-16XS;) GREENPOINT MORTGAGE FUNDING) TRUST, SERIES 2006-AR8;RASC SERIES) 2006-EMX3 TRUST;LEHMAN XS TRUST,) SERIES 2006-2N;GSR MORTGAGE LOAN) TRUST 2006-OA1;INDYMAC INDX) MORTGAGE LOAN TRUST 2006-AR7; ) LEHMAN XS TRUST SERIES 2007-2N; ) GSAA HOME EQUITY TRUST 2007-4; ) ACE SECURITIES CORP. HOME EQUITY) LOAN TRUST, SERIES 2006-OP2; ) ALTERNATIVE LOAN TRUST 2006-OC8; ) MORGAN STANLEY ABS CAPITAL I INC.) TRUST 2006-HE8; MASTR ADJUSTABLE) RATE MORTGAGES TRUST 2006-OA2; ) BANC OF AMERICA MORTGAGE 2008-A) TRUST;HARBORVIEW MORTGAGE) LOAN TRUST 2006-9;BANC OF AMERICA) MORTGAGE 2008-A TRUST;LEHMAN XS) TRUST, SERIES 2006-5; MASTR) ADJUSTABLE RATE MORTGAGES) TRUST 2007-HF1;ACE SECURITIES CORP.) HOME EQUITY LOAN TRUST, SERIES) 2005-HE6 ASSET BACKED PASS-) THROUGH; MASTR ASSET BACKED) SECURITIES TRUST 2006-NC3; ) ALTERNATIVE LOAN TRUST 2007-OA6; ) GREENPOINT MORTGAGE FUNDING) TRUST, SERIES 2006-AR6; INDYMAC)

INDA MORTGAGE LOAN TRUST 2007-AR9; FIRST HORIZON MORTGAGE PASS-THROUGH TRUST 2007-AA2; EQUIFIRST LOAN SECURITIZATION TRUST 2007-1;NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2006-6; GREENPOINT MORTGAGE FUNDING GRANTOR TRUST 1-A3A2 SERIES 2006-AR7;BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-HE8; NATIONSTAR HOME EQUITY LOAN TRUST 2007-CBEAR STEARNS ALT-A TRUST II 2007-1;ALTERNATIVE LOAN TRUST 2007-OH2;HARBORVIEW MORTGAGE LOAN TRUST 2006-14; IMPAC SECURED ASSETS CORP. MORTGAGE PASS THROUGH 1 CERTIFICATES, SERIES 2004-4; MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-HE7;ALTERNATIVE LOAN TRUST 2007-OA11;BANC OF AMERICA ALTERNATIVE LOAN TRUST 2005-9; RASC SERIES 2006-KS9 TRUST; BANC OF AMERICA FUNDING 2007-6 TRUST;J.P. MORGAN CHASE COMMERCIAL MORTGAGE SECURITIES TRUST 2008-C2;ALTERNATIVE LOAN TRUST 2006-OA11;CHASE MORTGAGE FINANCE TRUST SERIES 2005-S1; LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-13;GREENPOINT MORTGAGE FUNDING TRUST, SERIES 2006-AR4;LEHMAN XS TRUST, SERIES 2007-16N;JPMORGAN CHASE COMMERCIAL MORTGAGE SECURITIES CORP SERIES 2005-LDP4; ALTERNATIVE LOAN TRUST 2007-AL1; WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2007-5 TRUST;LEHMAN XS TRUST, SERIES 2006-GP2;GSAA HOME EQUITY TRUST 2005-8;WACHOVIA BANK COMMERCIAL MORTGAGE TRUST SERIES 2005-C16; HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-

THROUGH CERTIFICATES, SERIES 2007-2;WASHINGTON MUTUAL PASS-THROUGH CERTIFICATES, WMALT SERIES 2006-3;INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H4;SOUNDVIEW HOME LOAN TRUST 2006-OPT2; CITIMORTGAGE ALTERNATIVE LOAN TRUST SERIES 2006-A3;INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR18; STRUCTURED ASSET INVESTMENT LOAN TRUST 2006-BNC3;GSR MORTGAGE LOAN TRUST 2007-AR2; MERRILL LYNCH MORTGAGE INVETORS TRUST, SERIES 2006-HE5; STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BC6;INDYMAC INDX MORTGAGE LOAN TRUST 2004-AR8;INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR2; INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F3;PHH ALTERNATIVE MORTGAGE TRUST, SERIES 2007-2; LEHMAN XS TRUST 2007-6;HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES INABS 2007-A; LEHMAN MORTGAGE TRUS MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-1;J.P. MORGAN CHASE COMMERCIAL MORTGAGE SECURITIES TRUST 2006-LDP6;ALTERNATIVE LOAN TRUST 2007-25;J.P. MORGAN MORTGAGE TRUST 2006-A5;WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2006-AR3 TRUST;CITIGROUP MORTGAGE LOAN TRUST 2007-AR7;HARBORVIEW MORTGAGE LOAN TRUST 2006-14; MERRILL LYNCH MORTGAGE INVESTORS TRUST, SERIES 2007-HE1; ALTERNATIVE LOAN TRUST 2006-OA3; ALTERNATIVE LOAN TRUST 2006-OA11; SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR2;

CWABS ASSET-BACKED CERTIFICATES TRUST 2007-BC1;GSAMP TRUST 2005-WMC1;CITIMORTGAGE ALTERNATIVE LOAN TRUST, SERIES 2006-A3; BANC OF AMERICA FUNDING 2006-H TRUST;BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2005-AC4; WAMU MORTGAGE PASS-THROUGH CERTIFICATES,SERIES 2002-AR15; DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-OA4;THE WELLS FARGO MORTGAGE BACKED SECURITIES 2008-AR1 TRUST; MASTR ALTERNATIVE LOAN TRUST 2005-6;THE WELLS FARGO MORTGAGE BACKED SECURITIES 2005-7 TRUST; CITIGROUP MORTGAGE LOAN TRUST, SERIES 2005-CB8, C-BASS MORTGAGE ;LOAN ASSET-BACKED CERTIFICATES.; FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-3;ARGENT SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-W6;CHL MORTGAGE PASS-THROUGH TRUST 2004-12;ASSET BACKED SECURITIES CORPORATION HOME EQUITY LOAN TRUST, SERIES WMC 2005-HE5;WELLS FARGO MORTGAGE BACKED SECURITIES 2003-7 TRUST;BANC OF AMERICA ALTERNATIVE LOAN TRUST 2006-7; BANC OF AMERICA ALTERNATIVE LOAN TRUST 2007-1;ASSET-BACKED CERTIFICATES, SERIES 2005-HE10; LONG BEACH MORTGAGE LOAN TRUST 2006?7;CHASE MORTGAGE FINANCE TRUST SERIES 2007-A1; HARBORVIEW MORTGAGE LOAN TRUST 2006-14;ALTERNATIVE LOAN TRUST 2006-OA2;LEHMAN XS TRUST, SERIES 2007-6;C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-CB3;BANC OF AMERICA MORTGAGE 2008-A TRUST;BAYVIEW FINANCIAL MORTGAGE PASS-THROUGH TRUST 2007-A;BEAR

STEARNS ALT-A TRUST 2007-1;BEAR STEARNS ARM TRUST 2005-12;BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2004-AC4;BEAR STEARNS MORTAGE FUNDING TRUST 2007-AR5; CHASE MORTGAGE FINANCE TRUST SERIES 2007-A2;CHASE MORTGAGE FINANCE TRUST SERIES 2007-S4; CHL MORTGAGE PASS-THROUGH TRUST 2004-12;CITIGROUP MORTGAGE LOAN TRUST, SERIES 2004-CB7; CITIMORTGAGE ALTERNATIVE LOAN TRUST SERIES 2007-A6;CITIMORTGAGE ALTERNATIVE LOAN TRUST, SERIES 2007-A3;CWABS ASSET-BACKED CERTIFICATES TRUST 2005-10; CWALT INC ALTERNATIVE LOAN TRUST 2006-18CB;DSLA MORTGAGE LOAN TRUST 2005-AR6; ENCORE CREDIT RECEIVABLES TRUST 2005-1;FEDERAL NATIONAL MORTGAGE ASSOCIATION; FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-3;FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF2; GMAC COMMERCIAL MORTGAGE SECURITIES, INC. SERIES 2006-C1 TRUST;GREENPOINT MORTGAGE FUNDING TRUST, SERIES 2006-AR4; GSAA HOME EQUITY TRUST 2006-20; GSAA HOME EQUITY TRUST 2007-8; GSAMP TRUST 2005-WMC1;HARBORVIEW MORTGAGE LOAN TRUST 2006-12;HARBORVIEW MORTGAGE LOAN TRUST 2006-4; HARBORVIEW MORTGAGE LOAN TRUST 2007-6; HOME EQUITY PASS-THROUGH CERTIFICATES, SERIES 2007-3;HSI ASSET SECURITIZATION CORPORATION TRUST 2006-HE2; INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H4;INDYMAC IMSC MORTGAGE LOAN TRUST 2007-HOA1;INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR7;INDYMAC INDX MORTGAGE LOAN

TRUST 2006-AR15;INDYMAC INDX)
MORTGAGE LOAN TRUST 2006-AR19;    )
INDYMAC INDX MORTGAGE LOAN)
TRUST 2006-AR23;INDYMAC INDX)
MORTGAGE LOAN TRUST 2006-AR25;    )
INDYMAC INDX MORTGAGE LOAN)
TRUST 2006-AR39;INDYMAC INDX)
MORTGAGE LOAN TRUST 2007-AR13;    )
J.P. MORGAN ALTERNATIVE LOAN)
TRUST 2007-A2;J.P. MORGAN CHASE)
COMMERCIAL MORTGAGE SECURITIES)
TRUST 2006-LDP7;J.P. MORGAN CHASE)
COMMERCIAL MORTGAGE SECURITIES)
TRUST 2007-C1;LEHMAN MORTGAGE)
TRUST 2007-6;LEHMAN MORTGAGE)
TRUST 2007-8;LEHMAN XS TRUST 2005-)
9N;LEHMAN XS TRUST, SERIES 2005-2;    )
LEHMAN XS TRUST, SERIES 2006-12N;    )
LEHMAN XS TRUST, SERIES 2006-GP2;    )
LEHMAN XS TRUST, SERIES 2007-16N;    )
LEHMAN XS TRUST, SERIES 2007-2N;    )
LUMINENT MORTGAGE TRUST 2007-2;    )
MASTR ASSET BACKED SECURITIES)
TRUST 2007-WMC1;MERRILL LYNCH)
ALTERNATIVE NOTE ASSET TRUST,)
SERIES 2007-OAR1;MERRILL LYNCH)
MORTGAGE INVESTORS (MLMI) TRUST)
SERIES 2006-HE3;MORGAN STANLEY)
ABS CAPITAL I INC. TRUST 2005-HE6;    )
MORGAN STANLEY ABS CAPITAL I INC.)
TRUST 2006-HE6;MORGAN STANLEY)
ABS CAPITAL I INC. TRUST 2007-NC4;    )
MORGAN STANLEY MORTGAGE LOAN)
TRUST 2007-13;MORGAN STANLEY)
MORTGAGE LOAN TRUST 2007-8XS;    )
MORTGAGE LOAN ASSET-BACKED)
CERTIFICATES, SERIES 2006-BC4;    )
MORTGAGE PASS THROUGH)
CERTIFICATES, SERIES 2005-HE3)
MORGAN STANLEY ABS CAPITAL I INC.)
TRUST 2005-HE3;MORTGAGE PASS-)
THROUGH CERTIFICATES, SERIES 2006-)
HE6; MORGAN STANLEY ABS CAPITAL I)
INC. TRUST 2006-HE6;MORTGAGEIT)
TRUST 2005-5;NOMURA ASSET)
ACCEPTANCECORPORATION,ALTERNA )

TIVE LOAN TRUST, SERIES 2007-3; NOVA STAR MORTGAGE FUNDING TRUST SERIES 2006-MTA1; NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2006-6;OPTION ONE MORTGAGE LOAN TRUST 2007-2; RALI SERIES 2006-QO2 TRUST;RALI SERIES 2006-QO6 TRUST;RASC SERIES 2004-KS10 TRUST;RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A12; RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A6;RFMSI SERIES 2003-S13 TRUST;SAST 2007-3    SAXON ASSET SECURITIES    TRUST;SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-WM2;SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR5;SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-HE1; SOUNDVIEW HOME LOAN TRUST 2007-OPT4;SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST, SERIES 2006-BC5;SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST, SERIES 2006-BC5.;STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-6; STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR7; THE WELLS FARGO MORTGAGE BACKED SECURITIES 2007-11 TRUST; WACHOVIA BANK COMMERCIAL MORTGAGE TRUST COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-C3;WACHOVIA BANK COMMERCIAL MORTGAGE TRUST COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-C3;WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR19; WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2002-S1;WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-AR18)

TRUST;WASHINGTON MUTUAL ASSET-)
BACKED CERTIFICATES WMABS SERIES)
2007-HE2 TRUST;                        )
WASHINGTON MUTUAL MORTGAGE)
PASS-THROUGH CERTIFICATES,)
WMALT SERIES 2005-10;WASHINGTON)
MUTUAL MORTGAGE PASS-THROUGH)
CERTIFICATES, WMALT SERIES 2005-11;)
WASHINGTON MUTUAL MORTGAGE)
PASS-THROUGH CERTIFICATES,)
WMALT SERIES 2007-)
OA1;WASHINGTON MUTUAL)
MORTGAGE PASS-THROUGH)
CERTIFICATES, WMALT SERIES 2005-)
AR1;WELLS FARGO MORTGAGE)
BACKED SECURITIES 2008-1 TRUST; A.)
TUCKER;AARON MENNE;ABRAHAM)
BARTAMIAN;ADRIANA BANUELOS;    )
ALBERT MENDOZA;ANGELICA DEL)
TORO;ANGELICA MEDINA;ANNETTE)
HOLMAN-FOREMAN;B.P              )
FLORES;BARBARA HINDMAN;BEN)
CALDWELL;BENJAMIN KIRK;BERTHA)
QUEZADA;BETHANY HOOD;BILL)
KOCH;BRIAN BURNETT;BRYAN BLY;    )
CANDICE REEVES HERZOG;          )
CASSANDRA S. LEET;CHARMAGNE)
WILLIAMS; CHERYL MONDRAGON;    )
CHERYL THOMASCHET SCONYERS;    )
CHINA BROWN;CHRISTINE JONES;    )
CINDI ELLIS;COLLEEN IRBY;          )
CRYSTAL R. MOORE;DALILA OCHOA;    )
DARCY PETERS;DARLENE GOMEZ;    )
DAVID ARNOLD;DAVID COTTON;      )
DAVID GOSS;DAVID RODRIGUEZ;      )
DAWN KRONENWETTER;DEBORAH)
BRIGNAC;DEBRA LYMAN;            )
DENNIS KIRKPATRICK;DIANE CARTEE; )
EDWARD GALLEGOS;ERICA A.)
JOHNSON-SECK;ERNIE AGUILAR;      )
EVA ALVAREZ;EVA TAPIA;FLOR)
VALERIO;GAIL RAMBERG;          )
GARY NORD;GREG OERLEMANS;      )
GULSHAN COMERJEE;HAL BARTOW;    )
HEIDI GONSALVES;J. C. SAN PEDRO;    )
JAMES JOHN CEFALIA;JAN WALSH;    )

JANICE DAVIS;JANICE TREANOR; )
JC SAN PEDRO;JEANINE HOFFMAN; )
JOE BUENO;JOE KRASOVIC; )
JOHN AMADOR;JOHN COASTER; )
JOHN CRANDALLJOSELYN CASILLAS; )
JUAN GABRIEL MORALES;JUDY )
FREEMAN;JULIE NGUYEN; )
JUSTIN RAUH;KARIME ARIAS; )
KARLA SANCHEZ;KEVIN M JACKSON; )
KEVIN RUDOLPH;KIMBERLY THORNE )
KRISTIN KEMP;KURT S. DE MEIRE; )
LAURA CAUPER;LETICIA QUINTANA; )
LINDA GREEN;LISA MARKHAM; )
LORYN STONE;LUISA ALFONSO; )
LUPE TABITA;LYNN WOLCOTT; )
M. ARNDT;M. MATTHEWS; )
MALIK BASURTO;MARCO MARQUEZ; )
MARCY AXELROD;MARE HINKIE )
MARGARET DALTON;MARILEE )
HAKKINEN;MARTHA MUNOZ;MARTIN )
NORIEGA;MATTHEW MOUA; )
MAX A. GARCIA;MELISSA A. )
MCKINNEY;MELISSA H JORTEN; )
MICHAEL AMOAKO;MICHAEL )
HERRERA-MARKWALD;MICHELE )
THOMPSON;MICHELLE STONE; )
MICHELLE VILLANUEVA;MIKE )
STANFORD;MONICA L. GONZALEZ; )
NALLELY OCHOA;NANCY L. WALKER; )
NICHOLAS J. WOLF;PAUL LAIRD; )
PHYLLIS LAM;RANDELL DENNEY; )
RANDOLYN LOGAN;RANDY )
MIDDLETON;RENITA HOLLAND; )
RHONDA L. WESTON;RHONDA RORIE; )
RHONDA WESTON;RIC JUAREZ; )
RICK WILKEN;RIKKI JACOBS; )
ROBERT BOURNE;ROBERT G. HALL; )
ROBERT STOUDEMIRE;ROGERS )
STOTTS;RONALD ALONZO;ROSITA )
PASCASCIO;SANDY BROUGHTON; )
SCOTT FORST;SOGNEATTA KHIN; )
STEPHEN C. PORTER;SUBODH SINGH; )
SUCHAN MURRAY;SUSAN EARNEST; )
SUSAN SMOTHERS;SUSAN WOOD )
SWARUPA SLEE;T. SEVILLANO; ))
TARA LINDHOLM;THEODORE)

SCHULTZ;TIM BARGENQUAST TINA LERAYBAUDTONYA BLECHINGER;TRACY GRARES; TREVA MORELAND;VALERIE CLARK; VERNON F. MCDANIELL;VERONICA GARCIA;VIKKI LOGAN; VIVIAN PRIETO;WANDA CHAPMAN; WANDA MCNEAL;WENDY RANDALL; WHITNEY K. COOK;WHYTNIE NORDMAN;YOMARI QUINTANILLA; YVONNE J. WHEELER; ALTERNATIVE LOAN TRUST 2005-72; ALTERNATIVE LOAN TRUST 2006-OC8;ALTERNATIVE LOAN TRUST 2007-OA3; ALTERNATIVE LOAN TRUST 2007-OA8; AMERICAN HOME MORTGAGE; ANDRYEA LOPEZ; AURORA BANK, FSB; AURORA LOAN SERVICES INC.; BANC OF AMERICA ALTERNATIVE LOAN TRUST 2006-6; BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2005-HE10; BEAR STEARNS MORTGAGE FUNDING TRUST 2007-AR4;CHASE MORTGAGE FINANCE TRUST SERIES 2007-S6; CHL MORTGAGE PASS-THROUGH TRUST 2005-1; CHL MORTGAGE PASS-THROUGH TRUST 2006-13; CHRISTINE DAYMUDE; CHRISTOPHER WARNER; CITIBANK, FSB; CITIBANK, N.A.; CITIMORTGAGE, INC; CLARION MORTGAGE CAPITAL, INC.; COMMONWEALTH LAND TITLE; COUNTRYWIDE HOME LOANS, INC.; CWABS ASSET-BACKED CERTIFICATES TRUST 2005-8; DEANN GREGORY; DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2006-AR3;DONNA FITTON; DORCAS TILLER; DSLA MORTGAGE LOAN TRUST 2004-AR4; DSLA MORTGAGE LOAN TRUST 2005-AR3; DSLA MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-A; DSLA MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR3; ERICA JONES; FNF SERVICING, INC.; G. HERNANDEZ; GREEN TREE SERVICING LLC; GSAMP TRUST 2007-HE2;GSR )

[Summary of pleading] - 21

MORTGAGE LOAN TRUST 2007-AR2;) HARBORVIEW MORTGAGE LOAN)) TRUST 2005-16; HARBORVIEW) MORTGAGE LOAN TRUST 2005-4;) HOMEFIELD FINANCIAL, INC; HOMEQ) SERVICING CORPORATION; KORELL) HARP; LEHMAN MORTGAGE TRUST) 2005-1; LEHMAN MORTGAGE TRUST) 2008-6 ; LEHMAN XS TRUST MORTGAGE) PASS-THROUGH CERTIFICATES, SERIES) 2005-9N ;LEHMAN XS TRUST) MORTGAGE PASS-THROUGH) CERTIFICATES, SERIES 2007-12N) ;LEHMAN XS TRUST, SERIES 2006-5;) LIQUENDA ALLOTEY; LOAN CENTER) OF CALIFORNIA; LUCY A. LANG;) LUMINENT MORTGAGE TRUST 2006-4;) MAGDA VILLANUEVA; MASTR)) ADJUSTABLE RATE MORTGAGES) TRUST 2007-1; MICHELLE CHAMBRE ;) MIRAD FINANCIAL GROUP; MORTGAGE) LOAN ASSET-BACKED CERTIFICATES,) SERIES 2004-WMC3;MORTGAGE-) BACKED CERTIFICATES, SERIES 2006-B) FREMONT HOME LOAN TRUST 2006-B ;) NANCY WEIK; NATIONAL CITY BANK;) NOVASTAR MORTGAGE FUNDING) TRUST, SERIES 2006-MTA1; NOVASTAR) MORTGAGE, INC.; ONEWEST BANK,) FSB; PACIFIC REPUBLIC MORTGAGE) CORPORATION; PAULA FRANKLIN;) RITA GARCIA; ROBERTA LUCAS;) ROCHELLE MATKIN; ROGER STOTTS;) SECURED BANKERS MORTGAGE) COMPANY; SECURITIZED ASSET) BACKED RECEIVABLES LLC TRUST) 2007-HE1; SOLACE FINANCIAL LLC;) SPECIALIZED LOAN SERVICING, LLC; STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, SERIES 2005- 21; STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2003- BC3; THE BANK OF NEW YORK TRUST COMPANY, N.A; VONA BRAMLAGE; WACHOVIA BANK COMMERCIAL

MORTGAGE TRUST COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-C3; WACHOVIA BANK, NATIONAL ASSOCIATION; WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR7 ; WAMU MORTGAGE PASS-THROUGH CERTIFICATES, WMALT SERIES 2006-AR1 ; WASHINGTON MUTUAL BANK; WASHINGTON MUTUAL BANK/COUNTRYWIDE HOME LOANS, INC.; WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2006-4; WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2007-OA5 TRUST; WELLS FARGO BANK, N.A. / AVELO MORTGAGE, L.L.C.; WELLS FARGO BANK, NA / GMAC MORTGAGE CORPORATION AND COUNTRYWIDE HOME LOANS SERVICING LP; WELLS FARGO HOME MORTGAGE A DIVISION OF WELLS FARGO BANK NA
and DOES 1 through 1000, inclusive,

Defendant

Now comes Plaintiffs by and through counsel, and each of them, hereby demand a jury trial and allege as follows:

## MULTI PLAINTIFF JOINDER COMPLAINT
## INTRODUCTION

1.     This lawsuit arises from, among other things: (1)the deception in inducing Plaintiffs to enter into loans and mortgages[1] from approximately 2003 through 2009 and which were acquired or are serviced by Defendants; (ii) the fraudulent and illegal use of MERS in connection with those loans and mortgages; (iii) Defendants' breach of Plaintiffs' statutorily

protected rights; (iv) Defendants' breach and willful violation of numerous consumer and homeowner protection statutes, and willful violations of unfair business practices statutes, by, among other things, processing money from unknown sources, in contravention of the Patriot Act; (v) accepting money, transferring alleged assets and foreclosing upon alleged assets in instances where the alleged assets do not exist, and in which these Defendants have no right, title, or interest upon which they can act; and (vi) Defendants' continuing conversion and other tortuous conduct intended to deprive Plaintiffs of their money, property and legal rights and remedies for the foregoing acts, as described more fully below.

## JURISDICTION AND VENUE

1.    This Court has original jurisdiction over the claims in this action based on 28 U.S.C. §§ 1331, 1332, 1343, and42U.S.C. §1983 which confer original jurisdiction on federal district courts in suits to address the deprivation of rights secured by federal law and matters between diverse citizens that involve an amount in controversy in excess of $75,000.00. This Court also has supplemental jurisdiction over the pendant state law claims because they form a part of the same case or controversy under Article III of the United States Constitution, pursuant to 28 U.S.C. §1367.

2.    Jurisdiction also arises under 15 U.S.C. 1601 et.seq., 15 U.S.C. 1605 , 15 U.S.C. 1635, 15 U.S.C. 1640, Title 12, Regulation Z, Part 226 et.seq., Title 24 C.F.R., Regulation X, Part 3500. This court also has authority to hear Federal Law and laws of the State of **California.**

3.    The-unlawful conduct, illegal practices, and acts complained of and alleged in this Complaint were all committed in the Federal District of Hawaii and the involved real property located in the Federal District of Hawaii. Therefore, venue properly lies in this District, pursuant to 12 U.S.C. §2614 and 28 U.S.C. §1391(b).

4. Plaintiffs are ignorant of the true identity and capacity of defendants designated as Does 1-100, but will amend the Complaint when their identities have been ascertained according to proof at the time of trial. Plaintiffs allege on information and belief, however, that each and every Doe Defendant is in some manner responsible for the acts, and conduct of the other defendants, and were, and are responsible for the injuries, damages, and harm, incurred by Plaintiffs. Plaintiffs further allege on information and belief that each such designated defendant acted, and acts, as the authorized agent, representative, and associate of the other defendants in doing the things alleged herein. >

5. Whenever reference is made in this Complaint to any act of any defendant(s), that allegation shall mean that each defendant acted individually and jointly with the other defendants.

6. Any allegation about acts of any corporate or other business defendant means that the corporation or other business did the acts alleged through its officers, directors, employees, agents and/or representatives while they were acting within the actual or ostensible scope of their authority.

7. At all relevant times, each defendant committed the acts, caused or directed others to commit the acts, or permitted others to commit the acts alleged in this Complaint. Additionally, some or all of the defendants acted as the agent of the other defendants, and all of the defendants acted within the scope of their agency if acting as an agent of the other.

At all relevant times, each defendant knew or realized that the other defendants were engaging in or planned to engage in the violations of law alleged in this Complaint. Knowing or realizing that the other defendants were engaging in or planning to engage in unlawful conduct, each defendant nevertheless facilitated the commission of those unlawful acts. Each defendant

intended to and did encourage, facilitate, or assist in the commission of the unlawful acts, and thereby aided and abetted the other defendants in the unlawful conduct

## THE PARTIES

1.    Plaintiff **EMERITA ROSS** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 1.)

2.    Plaintiff **DIVINA ARAGON** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 2.)

3.    Plaintiff **ANITA CALALANG and KENNETH CALALANG** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 3.)

4.    Plaintiff **REYNALDO BRAVO and SHARON BRAVO** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 4.)

5.    Plaintiff **ARNOL CARREON** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 5.)

6.    Plaintiff **SUNG CHANG** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 6.)

7.    Plaintiff **DEDICACION AGANON** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 7.)

8. Plaintiff **BERNADETTE ALABANZA SY** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No.8.)

9. Plaintiff **RENATO ALEJO** and **TERESITA ALEJO** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 9.)

10. Plaintiff **ISIDRO ALVAREZ** and **VICTORINA ALVAREZ** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No.10.)

11. Plaintiff **CASSANDRA ANDRES** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No.11)

12. Plaintiff **NOVELITA ANG** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No.12.)

13. Plaintiff **MARLENE BALA** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 13.)

14. Plaintiff **PAGASA BALGOS** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 14.)

15. Plaintiff **JOYCE BAYANGOS** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 15.)

16.    Plaintiff **LORENA BELLO** and **JOSEPH WIMAR BELLO** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 16.)

17.    Plaintiff **IN HWAN CHOI** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 17.)

18.    Plaintiff **MARIO CONTRERAs** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 18.)

19.    Plaintiff **ALICIA CORNEJO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 19.)

20.    Plaintiff **JUAN CORTEZ** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 20.)

21.    Plaintiff **SUMIKAT DE JESUS** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No.21.)

22.    Plaintiff **ARNEL DELA CRUZ** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 22.)

23.    Plaintiff **ILUMINADA DELA CRUZ** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 23.)

24.    Plaintiff **ERBEN DE TABLAN** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 24.)

25.    Plaintiff **GABRIELA DIAZ** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No.25.)

26.    Plaintiffs **JUSTINO DY** and **REBECCA DY** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 26.)

27.    Plaintiff **CAROLINA EDORA** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 27.)

28.    Plaintiff **RENATO EDORA** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 28.)

29.    Plaintiff **GENE EISTER** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 29.)

30.    Plaintiffs **TERESITA ESPANOLA and HENRY ESPANOLA** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 30.)

31.    Plaintiff **EDWARD ESPOSITO and KLARA ESPOSITO** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 31.)

32. Plaintiff **RODNEY FENEQUITO and EDITHA FENEQUITO** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 32.)

33. Plaintiff **IRENE FLORES** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 33.)

34. Plaintiff **RICARDO FORTEZA** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 34.)

35. Plaintiff **VIOLETA FRANCISCO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 35.)

36. Plaintiff **MARIA GAMEZ** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 36.)

37. Plaintiff **ENRICO GARCIA** or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 37.)

38. Plaintiff **VILMA GARCIA** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 38.)

39. Plaintiff **NICOLAS GARCIA** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 39.)

40.    Plaintiff **MARIA J. GARCIA and REYNALDO GARCIA** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 40.)

41.    38.    Plaintiff **GRACIELAGLASER** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 41.)

42.    Plaintiff **MANUEL HERNANDEZ** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 42.)

43.    Plaintiff **MARTIN HERNANDEZ and PAULA SIERRA** are resident of the State of California  and had mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 43.)

44.    Plaintiff **MONICA HIRAHARA** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 44.)

45.    Plaintiff **FRED IMHOF and LORI IMHOF** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 45.)

46.    Plaintiff **ENRIQUE IZQUIERDO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 46.)

47.    Plaintiff **ESTER JAMILA** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 47.)

48.    Plaintiff **KI JANG** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 48.)

49.    Plaintiff **MODESTO JAOJOCO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 49.)

50.    Plaintiff **ELVIA SUSANA JAUREGUI** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 50.)

51.    Plaintiff **DIANA JONES** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 51.)

52.    Plaintiff **RUTH KANO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 52.)

53.    Plaintiff **ELLIE LAM** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 53.)

54.    Plaintiff **OK IM LEE and GOUN MAN LEE** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 54.)

55.    Plaintiff **HUENG YOUNG LEE** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 55.)

56.   Plaintiff **JAMES LIMA** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 56.)

57.   Plaintiff **JOSE WILFREDO LOPEZ** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 57.)

58.   Plaintiff **ANGELO LUNA and RODRIGO LUNA** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 58.)

59.   Plaintiff **LIZ MAGBUAL** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 59.)

60.   Plaintiff **MARIA LOURDES MAGLUPAY** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 60.)

61.   Plaintiff **GRACE MAGNAYE and RODRIGO MAGNAYE** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 61.)

62.   Plaintiff **EDUARDO MARQUEZ** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 62.)

63.   Plaintiff **VIOLETA MARTINEZ and RONELO MARTINEZ** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 63.)

64.    Plaintiff **ROSELIE MURNANE** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 64.)

65.    Plaintiff **SIMADRI NAIDU and ASHIKA NAIDU** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 65.)

66.    Plaintiff **VICENTE NAVA and CELIA NAVA** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 66.)

67.    Plaintiff **ARAM NERSESIAN** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 67.)

68.    Plaintiff **HENRICO NIVERA AND JUDITH NIVERA** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 68.)

69.    Plaintiff **JESUS OROZCO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 69.)

70.    Plaintiff **VIRGINIA PANTALEON and RODEL PANTALEON** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 70.)

71.    Plaintiff **MIRIAM PEREZ** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 71)

72.    Plaintiff **MICHAEL PERRY and SUNG LEE** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 72.)

73.    Plaintiff **ANDY PHAYAKAPONG** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 73.)

74.    Plaintiff **YVETTE PINSON** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 74.)

75.    Plaintiff **IRENE PINZON** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 75)

76.    Plaintiff **JOSE VICTORINO QUIATCHON and TERESITA QUIATSON** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 76.)

77.    Plaintiff **JOSE RAMIREZ and JOAN RAMIREZ** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No.77.)

78.    Plaintiff **MILAGROS REOTUTAR** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 78.)

79.    Plaintiff **LUIS RIVAS** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 79.)

80. Plaintiff **ROLANDO RIVERA** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 80.)

81. Plaintiff **MOISES RODRIGUEZ and VICTORIA RODRIGUEZ** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 81.)

82. Plaintiff **SENNEN RONDARES** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 82.)

83. Plaintiff **ARNOLD SALIVIO and CECILIA SALIVIO** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No 83.)

84. Plaintiff **BLADIMIR SALMERON and ELIZABETH SALMERON** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 84.)

85. Plaintiff **GLORIA SANDOVAL and FRANCICO SANTIAGO** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 85.)

86. Plaintiff **EMETERIO SANTIAGO and FRANCIS SANTIAGO** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 86.)

87. Plaintiff **ELISA SANTIAGO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 87.)

88.    Plaintiff **MADRELYN SANTOS and WILFREDO SANTIAGO** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 88.)

89.    Plaintiff **ANNABENA SANTOS** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 89.)

90.    Plaintiff **STELLA MARIE SASING** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 90.)

91.    Plaintiff **KUM SOO SEOL and MYO SEOL** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 91.)

92.    Plaintiff **DANIEL SUTTON and JULETA SUTTON** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No.92.)

93.    Plaintiff **JACK KHAI TRAN** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 93.)

94.    Plaintiff **STEPHANIE TAGUDAR** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 94.)

95.    Plaintiff **ARNEL TUPLANO and RACHELL TUPLANO** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 95.)

96.    Plaintiff **WILHELMINA TAGUINOD and JOHNY TAGUINOD** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 96.)

97.    Plaintiff **HYUNG JONG YOO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No.97.)

98.    Plaintiff **SUZANNE YIM and MICHAEL YIM** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 98.)

99.    Plaintiff **JOAN YOGYOG** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 99.)

100.    Plaintiff **MARIA CORTEZ** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 100.)

101.    Plaintiff **JOHNNY ABONALES** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 101.)

102.    Plaintiff **JOSE BALLESTEROS and LYDIA BALLESTEROS** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 102.)

103.    Plaintiff **GABRIEL DELVECCHIO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 103.)

104.    Plaintiff **CHAD DIZON** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 104.)

105.    Plaintiff **TOMMY ENCINAS** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 105.)

106.    Plaintiff **FILIPINA ESCOBAR and EDUARDO ESCOBAR** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 106.)

107.    Plaintiff **MATHILDA FISHER** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 107.)

108.    Plaintiff **CHYNTHIA GALVEZ and ROBERTO GALVEZ** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 108.)

109.    Plaintiff **GUADALUPE GALVEZ** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 109.)

110.    Plaintiff **CLARA GUERRERO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 110.)

111.    Plaintiff **EVELYN KUBOTA and SCOTT KUBOTA** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 111.)

112.    Plaintiff **EDITHA PALAGANAS** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 112)

113.    Plaintiff **FLORINDA POLENDEY** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 113.)

114.    Plaintiff **BRENDA REES** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 114.)

115.    Plaintiff **PETER REVILLA** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 115.)

116.    Plaintiff **ROLANDO RIVERA** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 116.)

117.    Plaintiff **VICTORIA RONQUILLO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 117.)

118.    Plaintiff **SAMUEL SANCHEZ** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 118.)

119.    Plaintiff **RITA SARIO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 119.)

120.    Plaintiff **JEFFREY SISON and SILVIA SISON** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 120.)

121.    Plaintiff **ROY SMITH and ERNIDA SMITH** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No.121.)

122.    Plaintiff **BOBBY SORIANO and MIRIAM SORIANO** are resident of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 122.)

123.    Plaintiff **BYRON SY** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 123.)

124.    Plaintiff **WILLIAM THOMAS** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 124.)

125.    Plaintiff **CLAIRE LIA OAKES TOLENTINO and CHARLES SALAZAR** **are** resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 125.)

126.    Plaintiff **ANSLEY TRUITT and MARY L. TRUITT** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 126.)

127.    Plaintiff **EVANGELINE URIARTE** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 127.)

128.   Plaintiff **ERNESTO VELASQUEZ and EVANGELINE VELASQUEZ** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 128.)

129.   Plaintiff **ERNESTO VINZON** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 129.)

130.   Plaintiff **KATHELEEN WOODCOCK** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No.130.)

131.   Plaintiff **ANA ZAVALA** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 131.)

132.   Plaintiff **JORGE ORTIZ** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 132.)

133.   Plaintiff **IRIS AQUINO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 133.)

134.   Plaintiff **MARIA RAMIREZ** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 134.)

135.   Plaintiff **ARACELI ABELEDA** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No.135.)

136. Plaintiff **SEVERINO PUENTE** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 136.)

137. Plaintiff **MARGARITO GONZALEZ** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 137.)

138. Plaintiff **ARNOLD TUPAZ and MARIA TUPAZ** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 138.)

139. Plaintiff **ALFONSO PACHECO and LASHONDA PACHECO** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 139.)

140. Plaintiff **TIMOTHY GO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 140.)

141. Plaintiff **AMIR NASSERI** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No.141.)

142. Plaintiff **ANGELITA ASUNCION SORIA and SANTIAGO VILLORIA SORIA JR** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 142.)

143. Plaintiff **RITA TISADO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 143.)

144. Plaintiff **PEPITO MILAN** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 144.)

145. Plaintiff **KAREN STUART** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 145.)

146. Plaintiff **MARITZA MARTINEZ** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No.146.)

147. Plaintiff **ANACLETO AQUINO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 147.)

148. Plaintiff **TERESITA BALUGAY** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 148.)

149. Plaintiff **FLORDELIZA CANLAS** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 149.)

150. Plaintiff **CARMELITA CAPISTRANO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 150.)

151. Plaintiff **MARIA LOURDES CEBREROS** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No.151.)

152. Plaintiff **CHIEU NGUYEN** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 152.)

153. Plaintiff **NATIVIDAD CERVANTES** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No.153.)

154. Plaintiff **JENNIE DO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 154)

155. Plaintiff **EDITH FLORES** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 155.)

156. Plaintiff **DELAMOR FELIPE** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 156.)

157. Plaintiff **ALFONSO ANGEL and ROSITA DIZON ANGEL** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 157.)

158. Plaintiff **THUY TRAN** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No.158.)

159. Plaintiff **AKOSITA VAVE** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 159.)

160. Plaintiff **EVELYN TINOCO and ELISA CHAVEZ** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 160.)

161. Plaintiff **VIVIAN TRAN** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 161.)

162. Plaintiff **LEE CARDENAS** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No.162.)

163. Plaintiff **STEVEN GONZALES and TRACY GONZALES** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 163.)

164. Plaintiff **EDWIN BELARMINO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No.1634.)

165. Plaintiff **TAMIE HUYNH and QUANG VAN** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 165.)

166. Plaintiff **TRUNG HUYNH** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No.166.)

167. Plaintiff **EVERYN JALDON** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 167.)

168. Plaintiff **JOSE MOLANO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 168.)

169. Plaintiff **CHI NAM NGUYEN** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 169.)

170. Plaintiff **NINA NGUYEN** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 170.)

171. Plaintiff **THUY THANH NGUYEN** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 171.)

172. Plaintiff **TONY NGUYEN** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 172.)

173. Plaintiff **JUAN ROBLES and ELVIA ROBLES** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 173.)

174. Plaintiff **JOSE CRUZ and ROSA CRUZ** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 174.)

175. Plaintiff **EDUARDO SOLANA and ANGELA ELORZA** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 175.)

176. Plaintiff **CHRISTINE TRAN** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 176)

177. Plaintiff **DEAN BARTOLOME** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No.177.)

178. Plaintiff **ERIBERTO BRUCE and MELECIA SANCHEZ** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 178.)

179. Plaintiff **MYRNA BURCE and RACHELLE BURCE** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 179.)

180. Plaintiff **JEFFREY HAN** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No.180

181. Plaintiff **ROXANNA ALVARENGA** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 181.)

182. Plaintiff **ISAIAS CHAVEZ** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 182.)

183. Plaintiff **VIRGINIA PEREZ** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 183.)

184. Plaintiff **EMMANUEL DAVID** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 184.)

185. Plaintiff **RODNE FENIQUITO and RODNEY FENIQUITO are** resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No.185.)

186. Plaintiff **FRANK DIHN** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 186.)

187. Plaintiff **JOSEPH DURIAS** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 187.)

188. Plaintiff **ROBERTO FLORES** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 188.)

189. Plaintiff **PLINNY FONDEVILLA is** a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 189.)

190. Plaintiff **ERNESTO GO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 190.)

191. Plaintiff **JAIME GUINTO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 191.)

192. Plaintiff **MARIA TERESITA ZIPAGAN** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 192.)

193. Plaintiff **SUSAN HARISON** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 193.)

194. Plaintiff **ZENY MAE HARRINGTON** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 194.)

195. Plaintiff **JERRY PINEDA and MARIBEL PINEDA** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 195.)

196. Plaintiff **PAMELA PALOMINO** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No.196.)

197. Plaintiff **CICERO H. VILLACORTA** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 197.)

198. Plaintiff **RONA JULIANO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 198.)

199. Plaintiff **NORMALINDA GANAY** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 199.)