# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERITA ROSS, et al., <br><br> Plaintiff, <br> v. <br> MORTGAGE ELECTRONIC SYSTEMS, INC., et al., <br><br> Defendants. | Case No. CV 12-4830-ODW(Ex) <br><br> **ORDER TO SHOW CAUSE** |

The Court has received Plaintiffs' voluminous First Amended Complaint. Of the 208 pages therein: the first 23 pages are for the case caption; the next 150 pages describe each of the 350 plaintiffs and 661 defendants; and the final 35 pages state vague allegations against the mortgage and banking industry. Something is amiss; rules have been broken.

The Court **ORDERS** Plaintiffs **TO SHOW CAUSE** for each of the following:

1. Why this case should not be dismissed for lack of subject matter jurisdiction;
2. How the First Amended Complaint meets the "short and plain" standard under Federal Rule of Civil Procedure 8(a);
3. Why the Court should not sanction Plaintiffs' attorney for presenting this lawsuit for an improper purpose under Federal Rule of Civil Procedure 11(b);
4. Why the various Plaintiffs and Defendants should not be severed for misjoinder of parties under Federal Rule of Civil Procedure 21; and,

5.  How Plaintiffs intend to certify themselves as a class under Federal Rule of Civil Procedure 23.

Further, the Court orders Plaintiffs' attorney to declare that he represents each of the Plaintiffs—specifically, that they formed a client-attorney relationship. The Court is familiar with fraudulent schemes by attorneys purporting to represent distressed property owners in class action lawsuits. By doing this, counsel will appease the Court—to some degree—that the parties are adequately represented.

Plaintiffs have 28 days to comply with this order. If any Defendants have been or will be served before Plaintiffs' response to this order, Defendants' deadlines to respond will be extended to 21 days after Plaintiffs' response to this order. No hearing is scheduled for this order. If Plaintiffs fail to timely respond to this order, the case will be dismissed.

**IT IS SO ORDERED.**

June 26, 2012

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**